# IN THE SUPREME COURT OF THE STATE OF NEVADA

RODOLFO HERRERA,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; THE HONORABLE
JACQUELINE M. BLUTH, DISTRICT
JUDGE; AND SHERIFF JOSEPH
LOMBARDO,
Respondents,
  and
THE STATE OF NEVADA,
Real Party in Interest.

No. 82365

FILED

MAR 1 8 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DENYING PETITION*

This original petition for a writ of mandamus challenges the district court's denial of petitioner's amended petition for a post-conviction writ of habeas corpus or, alternatively, petition for a writ of coram nobis. Having considered the petition, we are not persuaded that writ relief is warranted because an appeal from the district court's denial of such relief in the first instance is a plain, speedy, and adequate remedy. *See* NRAP 22 ("An application for an original writ of habeas corpus should be made to the appropriate district court. If an application is made to the district court and denied, the proper remedy is by appeal from the district court's order denying the writ."); *Trujillo v. State*, 129 Nev. 706, 718, 310 P.3d 594, 602 (2013) (an order resolving a petition for a writ of coram nobis is appealable); *see also Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 224, 88 P.3d 840, 841 (2004) (writ relief is proper only when there is no plain, speedy, and

SUPREME COURT
OF
NEVADA

(O) 1947A

21-07844

adequate remedy at law and the petitioner bears the burden of demonstrating that writ relief is warranted). Accordingly, we

ORDER the petition DENIED.

_____, C.J.
Hardesty

_____, J.                    _____, J.
Parraguirre                                       Silver

cc:    Hon. Jacqueline M. Bluth, District Judge
       Law Offices of John G. Watkins
       The Pariente Law Firm, P.C.
       Attorney General/Carson City
       Clark County District Attorney
       Eighth District Court Clerk